Marc N. Swanson (Michigan P71149) (*admitted pro hac vice*)
Ronald A. Spinner (Michigan P73198) (*admitted pro hac vice*)
Jonathan S. Green (Michigan P33104) (*admitted pro hac vice*)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Phone: (313) 496-7591
Fax: (313) 496-8452
swansonm@millercanfield.com

*Counsel for the City of Detroit and the Detroit Land Bank Authority*

|  |  |
|---|---|
|  | **Hearing Date and Time: July 24, 2025, 10:00 AM** |
|  | **Objection Deadline:     July 14, 2025** |
|  | **Reply Deadline:         July 21, 2025** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Virginia Park 1, LLC, *et al.* | Case No. 25-11308 (MG) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: Docket Number 19** |

### NOTICE OF HEARING ON MOTION TO TRANSFER VENUE

**PLEASE TAKE NOTICE** that the Honorable Martin Glenn, Chief Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York (the "**Court**") will hold a hearing on the *Joint Motion of the City of Detroit and Detroit Land Bank Authority Under 28 U.S.C. § 1412 to Transfer Venue of These Bankruptcy Cases to the Bankruptcy Court for the Eastern District of Michigan* ("**Motion**," Dkt No. 19) on July 24, 2025, at 10:00 AM Eastern Daylight Time.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be a "hybrid hearing" held via "Zoom for Government." During hybrid hearings, main counsel and parties making arguments or testifying must appear at the Courthouse in person. Other parties wishing to participate in the conference remotely may do so via Zoom.

**PLEASE TAKE FURTHER NOTICE** that all parties appearing at the hearing must make an eCourt Appearance no later than 4:00 PM the business day before the hearing. Parties who will appear in person should choose "Courthouse" when making an eCourt Appearance, whereas parties

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Virginia Park 1, LLC (0280); Virginia Park 2, LLC (2898); Herman Kiefer Development, LLC (7049). The address of the Debtors' corporate headquarters is 165 East Broadway, 3rd Floor, New York, NY 10002.

44129364.3/022765.00256

who will appear by Zoom should choose the "Zoom" option. The eCourt Appearance portal may be found on the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

For additional information on eCourt Appearances, see https://www.nysb.uscourts.gov/ecourt-appearances or click the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn. For additional information regarding Zoom Video Hearings, see https://www.nysb.uscourts.gov/zoom-video-hearing-guide or click the "Zoom Hearings" tab on Judge Glenn's page of the Court's website.

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to enter an order granting the Motion and transferring the venue of these three bankruptcy cases to the Bankruptcy Court for the Eastern District of Michigan, or if you want the Court to consider your views on the Motion, then by the Objection Deadline, you or your attorney must file with the Court a response to the Motion, explaining your position, at:

> US Bankruptcy Court
> Southern District of New York
> One Bowling Green
> New York, NY 10004-1408

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the Objection Deadline. You must also mail a copy to:

> Miller, Canfield, Paddock & Stone, PLC
> Attn: Marc N. Swanson
> 150 West Jefferson, Suite 2500
> Detroit, Michigan 48226

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

**PLEASE TAKE FURTHER NOTICE** that the ECF docket number to which the filing relates shall be included in the upper right-hand corner of the caption of all objections.

Dated: July 8, 2025

By: */s/ Marc N. Swanson*
Marc N. Swanson (P71149) (admitted *pro hac vice*)

**Miller, Canfield, Paddock and Stone, P.L.C.**
150 West Jefferson Ave., Suite 2500
Detroit, Michigan 48226
E-mail: swansonm@millercanfield.com
Telephone: (313) 496-7591
Fax: (313) 496-7500

44129364.3/022765.00256

Marc N. Swanson (Michigan P71149) (*admitted pro hac vice*)
Ronald A. Spinner (Michigan P73198) (*admitted pro hac vice*)
Jonathan S. Green (Michigan P33104) (*admitted pro hac vice*)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Phone: (313) 496-7591
Fax: (313) 496-8452
swansonm@millercanfield.com

*Counsel for the City of Detroit and the Detroit Land Bank Authority*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Virginia Park 1, LLC, *et al.* | Case No. 25-11308 (MG) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**
**FOR NOTICE OF HEARING ON MOTION TO TRANSFER VENUE**

I hereby certify that on **July 8, 2025**, I served the *Notice of Hearing on Motion to Transfer Venue* ("**Notice**") with the Clerk of the Court which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case. The Notice was also served via first class mail to the following parties:

Counsel to the Debtors:

> Andrew K. Glenn
> Glenn Agre Bergman & Fuentes LLP
> 1185 Avenue of the Americas
> 22nd Floor
> New York, NY 10036
> 212-358-5600

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Virginia Park 1, LLC (0280); Virginia Park 2, LLC (2898); Herman Kiefer Development, LLC (7049). The address of the Debtors' corporate headquarters is 165 East Broadway, 3rd Floor, New York, NY 10002.

44129363.2/022765.00256

Office of the United States Trustee:

>United States Trustee
>Office of the United States Trustee - NY
>Alexander Hamilton Custom House
>One Bowling Green, Room 534
>New York, NY 10004-1408

Dated: July 8, 2025

>MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
>
>By: /s/ Marc N. Swanson
>　　Marc N. Swanson (Michigan P71149) (*admitted pro hac vice*)
>　　Ronald A. Spinner (Michigan P73198) (*admitted pro hac vice*)
>　　150 West Jefferson Avenue, Suite 2500
>　　Detroit, MI 48226
>　　Phone: (313) 496-7591
>　　Fax: (313) 496-8452
>　　swansonm@millercanfield.com
>
>*Counsel for the City of Detroit and the Detroit Land Bank Authority*

44129363.2/022765.00256