**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                         :

*In re*                                              :      Chapter 11

Viriginia Park 1, LLC *et al.*[1]                :      Case No. 25-11308 (MG)

                      Debtors.               :      Jointly Administered
-----------------------------------------------------------------x

**NOTICE OF CANCELLATION OF 341 MEETING**

       **PLEASE TAKE NOTICE** that the 341 Meeting currently scheduled for July 30, 2025 at 2 p.m. is hereby **canceled.**

Dated: New York, New York                  WILLIAM K. HARRINGTON
          July 24, 2025                            UNITED STATES TRUSTEE

                                        By:     /s/ *Tara Tiantian*
                                                     Tara Tiantian
                                                     Trial Attorney
                                                     Alexander Hamilton Custom House
                                                     One Bowling Green, Room 534
                                                     New York, NY, 10004
                                                     Tel. (212) 510-0500

---

[1] 1 The Debtors in these Chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Virginia Park 1, LLC (0280); Virginia Park 2, LLC (2898); Herman Kiefer Development, LLC (7049). The address of the Debtors' corporate headquarters is 165 East Broadway, 3rd Floor, New York, NY 10002.