UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Virginia Park 1, LLC, *et al.* | Case No. 25-11308 (MG) |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING JOINT MOTION OF THE CITY OF DETROIT AND DETROIT LAND BANK AUTHORITY UNDER 28 U.S.C. § 1412 TO TRANSFER VENUE OF THESE BANKRUPTCY CASES TO THE BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN**

Upon the Joint Motion the City of Detroit and Detroit Land Bank Authority under 28 U.S.C. § 1412 to Transfer Venue of these Bankruptcy Cases to the Bankruptcy Court for the Eastern District of Michigan ("Motion"); and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing (if any) before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing (if any) establish that the transfer of these Bankruptcy Cases to the Bankruptcy Court for the Eastern District of Michigan is in the interest of justice and for the convenience of the parties; and the Court having further found that just cause for the relief requested in the Motion and granted herein otherwise exists and is in the best interests of the Debtors' estates, their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor; it is **HEREBY ORDRED THAT:**

    1.    The Motion is granted to the extent set forth herein.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Virginia Park 1, LLC (0280); Virginia Park 2, LLC (2898); Herman Kiefer Development, LLC (7049). The address of the Debtors' corporate headquarters is 165 East Broadway, 3rd Floor, New York, NY 10002.

2. The bankruptcy cases of Virginia Park 1, LLC, case number 25-11308; Virginia Park 2, LLC, case number 25-11309; and Herman Kiefer Development, LLC, case number 25-11310 are all transferred to the United States Bankruptcy Court for the Eastern District of Michigan.

3. In accordance with Local Bankruptcy Rule 1014-1, the Clerk of the Court is directed to transfer the bankruptcy cases of Virginia Park 1, LLC, case number 25-11308; Virginia Park 2, LLC, case number 25-11309; and Herman Kiefer Development, LLC, case number 25-11310 to the United States Bankruptcy Court for the Eastern District of Michigan.

4. A separate opinion providing the Court's reasoning will also be entered.

5. Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

Dated: July 24, 2025  
New York`, New York

/s/Martin Glenn  
CHIEF UNITED STATES BANKRUPTCY JUDGE